Las Vegas City Detention Center

7/17/08

Juan Carlos Garcia Sanchez       (Information Confidential Emerg)

3:00 pm.   ID#1706982  4-353                Speak Spanish.

             V/s                    Appeal Court Federal

Court Judge George Assad.

Complaints Charge: Violation human rights, Violation Sentence
                   Violation in Difamation. Case No. C071857 2A.

Bajo los derechos constitucionales, Que ofrece la ley de este pais, hacen
que toda persona al ser denunciada ante la ley, tiene el derecho de
demandar por el hecho de ser violados sus derechos, Tiene derecho de
reclamar daños y perjuicios. Estos son los cargos de la sentencia que otorgo
el 6/9/08 el Judge George Assad.

Declaro culpable a un inocente, la ley no dice que decir la verdad ante un judge
sea un delito, o un chantaje. El Judge George Assad es responsable por no
poner atencion en la declaracion de las personas que acusaron al sr. Sanchez
hubo muchas anomalias, que el Judge dejo pasar y que eran muy importantes
en la defensa del sr Sanchez     ethics.

Ejemplo:  La primera mujer amiga de la sra: Ruiz. Quien fue la primera en
          insultar al sr: Sanchez no se presento a la court. Por que!
          La segunda mujer amiga de la sra: Ruiz. Quien insulto al sr: Sanchez
          por segunda ocasion, la cual la sra: Ruiz reconocio el insulto.
          ante el Judge. no se presento a la court. Por que!
          Esta mujer fue quien llamo a la policia. Seria interesante saber
          que dijo y que nombre dio. Ella tenia la obligacion de haber
          levantado el reporte ante un oficial de policia. o No.
          — Por que la sra: Ruiz fue la unica en levantar el reporte, Por
          que si ella no llamo a la police, Por que lo hizo.
          — Por que las amigas nunca hablaron con un oficial de policia

P. 1.

— Por que la policia arresto al sr: Sanchéz sin hauer avidencia por que esto husaron el reporte de la sra: Ruiz como evidencia nunca se le fue tomada la declaración al sr: Sanchez.
Quien fue arrestado sin hauer pruebas de Domestic violence.

— Por que la sra: Ruiz en su declaración ante el abogado fiscal declaro: Que en el interior de la casa del sr: Sanchez nunca hubo problemas, ni disaciones. fue en el interior de su carro cuando se intercambiaron palabras con mis amigas, la sra Ruiz sostala que el sr: Sanchez la empujo al interior del carro.

— El abogado fiscal hiso una pregunta muy importante donde es notable que dicho empujón fue inventado para acusar al sr: Sanchez. Es fiscal pregunto: Sra: Ruiz cuando llamaron a la police que estaban haciendo ustedes. Sra: Ruiz _ Nosotras fiscal _ si ustedes Sra: Ruiz _ Nos estabamos poniendo de acuerdo para dar la declaración a la policia. En ese momento el fiscal sacho cuenta en la respuesta y dejo de hacer preguntas

— El abogado Vargas nunca hizo ni el intento de aclarar los interrogatorios el preguntaba lo mismo que el fiscal.

— Porque el abogado Vargas no quiso presentar una carta que la sra: Ruiz le mando al sr: Sanchez donde sostala la inocencia del sr: Sanchéz. dicea la carta

27/5/08. → Carlos No se si estoy haciendo lo correcto en anunciarte esta carta, no dude en escribirla. Solo dios sabe que yo no queria que llegaramos a esto. Tal vez hice mal en ir a tu casa yo no te provoque, ni fui con esa intención.

— Esto aclara la inocencia del sr: Sanchez la sra: Ruiz dice claramente que el problema fue con sus amigas y no con ella. Yo pregunto por que llaman a la police cuando el sr: Sanchez lo unico que hiso fue pedir respeto ante los insultos. Esta carta esta en poder del sr: Sanchez como evidencia que el abogado Vargas Rachazo y no quiso presentarlo ante el Judge.

P. 2.

7/17/08.

4:00 pm.

— Yo pregunto es increíble ver que 4 mujeres tengan que ponerse de acuerdo para dar un denuncia. Las cosas cuando son reales, no se piensan, o me equivoco sr. Judge federal.

— Por que o que rehuciones tenia el abogado Vargas en no presentar la carta que mando la sra Ruiz, en esa carta afirma, uno que el sr. Sanchez fue insultado, y que el problema fue con las amigas de la sra Ruiz, y que nunca hubo tal agreción del sr. Sanchez hacia la sra. Ruiz. Acaso esto no era suficiente para darse cuenta de la inocencia del sr. Sanchez.

— El fiscal llama a la sra. Silvia amiga y compañera de trabajo. El fiscal pregunta sra. Silvia que paso el 5/13/08 a las 4:30 pm. Sra. Silvia — fui con mi amiga Alma a la casa del padre de sus hijos. ※ Punto importante. O es la sra. Ruiz o es Alma Martinez.

Cual es el punto de todo esto. Que es lo que esconden la sra. Ruiz y sus amigas cual era el interés de meter a la cárcel al sr. Sanchez.

— El fiscal llamo a la Oficial que arresto al sr. Sanchez. Women Oficial Police Speak English in Spanihs. Se le pregunto que paso el 5/13/08 a las 4:30 pm. Recibimos una llamada de Domestic Violence, al llegar a la dirección indicada no encontramos al sr. Sanchez en la casa, nos dimos cuenta que la puerta del garage estaba con doble llave de seguridad pedimos que habrieran la puerta y encontramos al sr. Sanchez dormido. le preguntamos si el habia llamado a la Policia, dijo que no. le pedimos que saliera hacia afuera y salimos por la puerta de interior del garage, que da a una segunda puerta. llamamos a las personas que llamaron. Que necesitabamos su presencia al llegar la sra. Alejandra Ruiz Señalo al sr. Sanchez como el agresor, en ese momento hice yo el arresto. El fiscal — Cuando encontraron al sr. Sanchez estaba enojado, (NO) drogado (NO)

P.3.

7/17/08.

— Por que en su reporte señala al sr. Sanchez (enfermo mental) Cuando lo arrestamos empeso a gritarle a la sra. Ruiz. Que hasta aqui habia llegado sus chantajes, que el hiba a decir toda la verdad. Que el le había advertido que el no queria mas problemas con la policia. Que hiba a denunciarla a ella y a sus amigas como sus complices. El sr. Sanchez empeso a decir que la sra. Ruiz trabajaba en un Casino con otro nombre y que una tal Mirella Lopez era quien falsificaba los documentos y que sus amigas eran complices. Mi compañero fue a la patrulla y le subio volumen al radio por que el sr. Sanchez estaba gritando y golpeandose la cabeza con el respaldo del asiento trasero de la patrulla.

— Yo pregunto sr. Judge federal: acaso no era importante investigar la informacion que el sr. Sanchez estaba dando a conocer. Por que la Oficial señala sin prueba alguna que el sr. Sanchez se estaba golpeando la cabeza, nunca hubo un reporte de herida en la cabeza del sr. Sanchez al llegar Jail. sr. Judge el sr. Sanchez tiene problemas del corazon a consecuencias de execeso de extres. El arresto probocó rabia, coraje y molestia del engaño que le estaban haciendo a la policia, y que probara su arresto. El sr. Sanchez como muchas personas que sufren de extres husan sus piernas o manos como instrumentos musicales para controlar su extres. Esto no quiere decir que las personas que sufren problemas del corazon estan enfermos mentales.

— El sr. Sanchez Pide que lo pongan ante un oficial para que lo acompañe y le muestre las pruebas que el Judge Assad no quiso tomar en su defensa, dele la oportunidad que tiene ante la ley de demostrar su inocencia. El sr. Sanchez necesita regresar con su familia. en 8 hrs ustd tendra toda la informacion de esta denuncia. sr. Judge federal. no deje que la ley y la Justicia se anoche ante este error. que se le hiso al sr. Sanchez.

P.4.

7/17/08.

El sr: Sanchez en su declaración ante el Judge. dio a conocer los hechos en los cuales la familia de la sra: Ruiz durante 19 años decearon la separación de la pareja, en el cual la sra: Ruiz dejo y permitio agraciones, difamación y robo encontra del sr: Sanchez. Se le dio también a conocer al Judge que la sra: Ruiz en mas de 4 ocasiones intento matarse enfrente de sus hijos y que la madre de la sra: Ruiz tiene conocimiento de los hechos. Esto al Judge Assad no fue importante.

Informo que la sra: Ruiz lo visito el 13/5/08 a las 4:30 pm. que la visita se trataba con relación al cumpleaños de su hijo menor Edson daniel de 6 años quien acompañaba a la sra: Ruiz. Esa día era cumpleaños del niño y de la sra: Ruiz. Quien felicito a la madre y a su hijo. Acordaron que el viernes 16 el sr: Sanchez le daría el dinero para comprarle su regalo a su hijo, dentro de la casa nunca hubo discusiones ni golpes. El sr: Sanchez aclaro que el y la sra: Ruiz se metieron al baño y chambearon por 2 minutos en privado, despues el niño pidio entrar al baño por necesidad.

El sr: Sanchez salio de la casa, porque no quería que su pareja lo encontrara adentro con la madre de sus hijos. Al salir encontro frente a la casa el carro de la sra: Ruiz con amigas en el interior 2 mujeres enfrente y una atras, mientras asoma el sr: Sanchez que la sra: Ruiz salieron del baño el sr: Sanchez se quedo mirando al carro y fue ahí donde la mujer del lado derecho de enfrente Insulto diciendole. Que me ves pedazo de Estupido. En ese momento la mujer subio el cristal de la ventana y se empezo a reir subiendole volumen al radio, el sr: Sanchez molesto por el insulto y la burla de la mujer se dirigia hablar con la sra: Ruiz Quien ya venia hacia afuera y al ver la sra: Ruiz al sr: Sanchez molesto ella se dirigio a su carro por la parte de atras. y el sr: Sanchez lo hizo por enfrente. La sra: Silvia al ver al sr: Sanchez molesto tambien subio el cristal de su ventana.

P. 5.

Cuando la sra: Ruiz subio a su auto. y se coloco el cinturon de seguridad el sr: Sanchez llego y puso su mano derecha en la puerta corrediza de la parte derecha del carro. Dodge Caravan 5 puertas. el sr: Sanchez señalo que la pierna izquierda la subio al carro y apollo su mano izquierda en ella. molesto les pidio a las mujeres que no le faltaran al respeto cuando el sr: Sanchez nunca las habia ofendido. fue hai cuando la sra: Ruiz entro en la discucion sin saber que su amiga habia insultado al sr: Sanchez, entonces la 3ra amiga, entro a la discucion insultando al sr: Sanchez diciendole.— Y tu quien tu crees pedazo de pendejo. el sr: Sanchez Subio el tono de su voz con molestia con reclamo. y a la amiga obstesta.— A hora veras pedazo de aminal la voy a llamar a la police. molesto el sr: Sanchez le pidio a la sra: Ruiz que no jugara con la police.. para esto trajistes a tus amigas para que me insultaran en mi casa y tu sin desir nada. el niño Edson hijo del sr: Sanchez empezo a llorar al ver a su padre molesto. El sr: Sanchez le dijo a su hijo quien se cruzo en las piernas de su madre, le dijo, no llores papi, no estoy pagando.

Las mujeres riendose al ver que el sr: Sanchez quito la mano de la puerta, decidieron retirarse la sra: Ruiz dijo hablamos en la noche yo vengo, deja que se te pase el coraje.. El sr. Sanchez se retiro a descansar. y se quedo dormido hasta que llego la police. y lo arresto. sin pruebas de violencia Domestic.

7/17/08  Al final el Judge George Assad tomo la sentencia con el poder de su mano.
haciendo a un lado la evidencia de mi inocencia
señalo lo encuentro culpable ante los hechos de su conducta que afirman
— Que usted es una persona Enferma mental. y no lo reconoce.
— Que es una persona. Drogadicta y no lo acepta.
— Que es una persona Que huso Medicamento medico sin receta y no lo reconoce.
— Y es usted una persona que amenaza para chantagear a la jente.

Lo sentencia a 90 dias de carcel — 30 dias de suspencion — 28 dias de credito, 48 hrs. de Comunity Services. Clases de Domestic violencia. Mi arresto fue el 5/13/08 tube 3 court hasta el dia de mi sentencia dia 6/9/08 Mi realase ante la sentencia era el dia 7/11/08 al dia 6/12/08 rebise la hoja de realase y la hoja marcaba 9/5/08. Por que me sentencio con 56 dias mas sin estar presente en la court. Yo pregunto puede un Judge sentenciar a un hombre sin estar presente en una court. Es mas fuerte el poder de su mano, que el poder de la ley y la Justicia.

Sr: Judge fedaral Acaso el sr: Judge George Assad. Puede señalar a un hombre inocente, culpable ante la evidencia de su inocencia. Puede el Judge Assad, declarar culpable a un hombre sin tener pruebas medicas que señalen que el sr: Sanchez

Es una persona drogadicta, con enfermedad mental. Que huso medicamentos sin receta medica. Usted cree que al decir la verdad sea para señalarme como una persona que los amenaza como chantaje.

Sr: Judge fedaral Yo creo en la ley y la Justicia. Vea usted mismo el error tan grande. que se cometio ante mi persona. Nunca hubo pruebas de los charges. ni evidencia que me culpara. Tengo 36 años de edad. y me siento Orgulloso de ser la persona que soy y de lo que he logrado en mi vida. Nunca he tomado, no fumo, nunca he husado drogas. y se lo puedo conprobar con hechos. Lamentablemente, el daño ya esta hecho.

P.7.

Este es el Reclamo a mis Derechos Constitucionales que ofrecen los estados Unidos de America a cualquier persona Ciudadana, Estrangera o Ilegal. En los cuales sean victimas de Violation human Rights.

Demando los Siguientes daños ocacionados.
  Violation a mi libertad siendo inocente
  Por cada mes que pase en carcel seran    $250.000
  Por Violation human Rights Sentence.     $100.000
  Por Difamation por señalar que soy una
  persona con enfermedad mental            $100.000
  Por Difamacion por señalarme como
  un drogadicto                            $100.000
  Por Difamation en señalar que huvo medica-
  mento sin recata medica.                 $100.000
  Por Difamation en señalar que amenazo
  a la gente como Chantaje.                $100.000

           Balance en daños:
  Charge por Difamation  $500.000
  Charge por 60 dias en
  mi carcel Sheriff of Nye for $ $500.000
                         $1.000.000

Como puede ver sr: Judge Federal, yo no soy el culpable en pedir mis derechos que la ley me ofrece. Esto es el costo del daño ya hecho, que tengo derecho. llevo 66 dias pidiendo, Appeal a mi sentence. sin respuesta alguna. Espero una respuesta hasta el dia 7/31/08. Solo espero que sean buenas noticias. Estoy disponible para dialogar y darle Solution a este problema. Sin llegar a un asuntado civil. Yo trabajo en Radio y Televicion soy miembro del medio del entertainment. Yo no quiero que este caso se de a conocer a nivel nacional. Dese cuenta que hay mucha gente que ha sido sentenciada por el Judge Assad. Todas estas personas podrian hacer una demanda y la court saveria muy mal con tantas denuncias de Violation human Rights

P.8.

7/17/08  Mis compañeros del Medio de comunicación saben ya de mi gesto, yo no ha permitido hasta a hora que intervengan en dar la noticia hasta que usted revise mi sentencia y seda cuenta de toda la evidencia que tengo en poder y en información:

Evidencia: Robo de Identidad, falsificación de Documentación federal. Robo y Estafa al departamento de IRS, Venta de drogas. Petición de información falsa (Permiso) al departamento de Inmigración.

Sr: Judge federal, Le pido de favor que seda cuenta que al hacer estas denuncias la madre de mis hijos, fue utilizada por su propia familia. y que tengo 4 hijos con la sra: Alejandra Ruiz. no la defiendo ante sus horrores, pero quiero que se dé cuenta con un especialista o sea un sicologo. Que como yo ty mi familia madre e hijos fuimos victimas de las amenazas que recibí del padre de ella. Yo le puedo dar mas información al respecto.

Reciba de este servidor un Cordial Saludo. Esperando que pueda entender mi situación y me otorgue la libertad que me dice robada. el 5/13/08. Por que creo en la Justicia y en la ley me dirijo hacia Usted. Repito: Estoy en la mayor disposición en dialogar y darle solución cal problema de los datos. Espero respuesta este 7/31/08 or 8/04/08.

Espero que entienda mi situación de mi corazón, el extres es muy alto. y ya espere mucho tiempo esperando una respuesta. Yo también tengo responsabilidades como padre y con mi nueva pareja. que tengo 3 hijos mas. entienda mi desesperación por favor.

Attentamente.

Juan Carlos Correa Sánchez
Promotor Profesional.
P.9.  Mexican Rodeo. Concert Music. Dance.

Por su atención muchas gracias

Information Personal.

Name: Juan Carlos Caonca Sanchez
Birth: September 21 1971
Address: 4660 E. Van Buren Las Vegas Nv. 89110.

| | |
|---|---|
| 1993. | License Promotor Sport. Az. 2 Yrs. |
| | Coach Soccer Team Mohave high School. AZ. 7 Yrs |
| | Services. Voluntary. Distric Scolar #9 |
| | Coach Soccer Team Selección Sub-23 Men. |
| | State Nevada Soccer Federation. Service. Voluntary. 1 Yrs. |
| | Presidente Comite de padres de family. |
| | Kinder Garden School. AZ. 1 Yrs. Service Voluntary. |
| license | Promotor Profesional Events. Mexican Music 4 Yrs USA. |
| | Comentarista deportivo Servicio Voluntary. |
| | en Radio y television de habla Spanish. USA. 6 mns. |
| 2008. | 15 Yrs en trabajo de Construction Service Electric |
| | Comercial in Residential. USA. AZ. NV. |

15 Años de trabajo y atendiendo todo tipo de trabajo, con responsabilidad. y Apoyando a la comunidad Escolar en el area del deporte.

Proyectos a futuro.

Derechos Reservados. Teleton Navideño: Recaudacion de fondos para
Un evento gratuito: otorgar a los niños un regalo
Musical: una sonrrisa en cada navidad.
de bajos recursos. economicos.

Nota. Special.
El sr. Sanchez le pide de favor que lo contacte con el sargento Raymond Reyes del departament de Police para a el presentarle las pruebas solicitadas en esta denuncia. Gracias.

P. 10.

7/17/08

3:00 pm

Las Vegas City Detention Center

Juan Carlos Garcia Sanchez
ID#170982

(Emergency Confidential Information)
Speak Spanish

vs.

Federal Appeals Court

Court Judge George Assad

Complaint Charges: Violation of Human Right, Sentence in Violation, Libel
Case No. C0718579

In the Rights under the Constitution provided by the law of this country it is clear that a person accused of crimes may sue when his right have been violated. He has the right to sue for damages. Those are the damages caused by the sentence granted on 6/9/08 by Judge George Assad.

He found an innocent person guilty, the law does not say it is a crime or blackmail to tell a judge the truth. Judge Assad is responsible for not paying attention to the statements of the persons that accused Mr. Sanchez there were many contradictions that the Judge let in and that were very important for the defense of Mr. Sanchez.

Example: ____ The first woman friend of Mrs. Ruiz who was the first one to insult Mr. Sanchez did not appear in Court. Why.

  _____ The second woman friend of Mrs. Ruiz who insulted Mr. Sanchez on the second occasion, whose insult Mrs. Ruiz acknowledged in Court, did not appear in Court. Why! That was the woman who called the police. It would be interesting to know what she said and what name she gave. She had the obligation to make a statement to a police officer, or didn't she?

  _____ Why was Mrs. Ruiz the only one to make a statement, how come, if she wasn't the one that called the police. Why did she do it.

  _____ Why didn't the friends talk to a police officer.

  _____ Why did the police arrest Mr. Sanchez when there was no evidence since there was only Mrs. Ruiz's statement in evidence, Mr. Sanchez's statement has never

been taken, he was arrested without any proof for Domestic Violence.

_____ Why did Mrs. Ruiz state before the Prosecuting Attorney: there were never any problems nor arguments inside Mr. Sanchez's house. It was inside his car when there was an exchange of words with my female friends. Mrs Ruiz stated that Mr. Sanchez pushed her inside the car.

_____ The Prosecuting Attorney asked a very important question where it was noted that such shove was made up to accuse Mr. Sanchez. The DA asked: Mrs. Ruiz, when you called the police what were all of you doing? Mrs. Ruiz: Us? DA: Yes, you. Mrs. Ruiz: we were getting together on the statement to give the police. At that moment the DA noticed what the answer was and stopped asking questions.

_____ Attorney Vargas never even tried to clear anything in his questions, he only asked the same questions as the DA.

_____ Why did Attorney Vargas not present the letter sent by Mrs. Ruiz to Mr. Sanchez where she points out the innocence of Mr. Sanchez. The letter states:

27/5/08 →  Carlos I don't know if I'm doing the right thing sending you this letter, I don't have doubts in writing it. God only knows I didn't want to get this far. . Perhaps I did wrong in going to your house, I didn't provoke you, I didn't go there with that purpose.

_____ That brings out clearly the innocence of Mr. Sanchez. Mrs. Ruiz states clearly that the problem was with her friends not with her. I ask why did they call the police when all Mr. Sanchez did was demand respect in the face of insults. This letter is in Mr. Sanchez's possession as evidence that Attorney Vargas refused and didn't want to present it to the Judge.

_____ I ask it's incredible to see that 4 women have to reach an agreement to make a complaint. When things are real you don't have to think them up, or am I wrong?

_____ Why or what was Attorney Vargas's intention in not presenting the letter sent by Mrs. Ruiz, in that letter she asserts that Mr. Sanchez was offended and the problem was with Mrs. Ruiz's friends and there was no such assault by Mr. Sanchez toward Mrs. Ruiz. Perhaps it wasn't enough to show the innocence of Mr. Sanchez.

_____ The DA called Mrs. Silvia, friend and co-worker. The DA asked Mrs. Silvia what happened on 5/13/08 at 4:30 PM. Mrs. Silvia: _ I went with my friend Alma to se the father of her children. * Important point. Is that Mrs. Ruiz or is that Mrs. Alma Martinez. And what is the point of all that. What are Mrs. Ruiz and her friend hiding, what was their motive in putting Mr. Sanchez in jail.

_____ The DA called the officer that arrested Mr. Sanchez a Woman Officer speak English in Spanish [sic]. She was asked what happened on 5/23/08 at 4:30 PM. We received a Domestic Violence call. When we got to the address indicated we noticed the garage door was locked, we requested they open the door and we found Mr. Sanchez asleep, we asked if he had called the police and he said no. We asked him to go outside and we went through the inside garage door that led to another door. We called for the people who made the call. We requested Mrs. Alejandra Ruiz to come forward. She pointed Mr. Sanchez out as the aggressor. At that moment I made the arrest. DA: __ When you found Mr. Sanchez, was he angry (No) drugged (No).

_____ Why did she write in her report Mr. Sanchez (mentally ill). When we arrested him he started to yell at Mrs. Ruiz that this was as far as her blackmail was going, that he was going to tell the whole truth. That he had warned her he didn't want any more problems with the police. That he was going to turn her in and her friends as accomplices. Mr. Sanchez started to say that Mrs. Ruiz had worked at Casino under another name and a certain Mirella Lopez was the one that counterfeited the documents and her friends were accomplices. My partner went to the patrol car and turned up the volume on the radio because Mr. Sanchez was yelling and hitting his head on the back of the front seat of the patrol car.

_____ I ask you Mr. Federal Judge, wouldn't it have been important to have investigated the Information that Mr. Sanchez was revealing. Why is the officer saying without any proof that Mr. Sanchez was hitting his head, there was never any report of lesions on Mr. Sanchez's head when he got to jail. Mr. Judge, Mr. Sanchez has heart problems as a consequence of excess stress. The arrest caused anger, wrath and disgust for the deception to the police that caused his arrest. Mr. Sanchez, like

many people who suffer from stress use their hands or legs as musical instruments to control their stress. This does not mean that people with heart problems are mentally ill.

Mr. Sanchez asks to be taken in front of an officer so hen go with him to be shown the proof that Judge Assad did not want to hear in his defense, for the opportunity the law gives him to show his innocence. Mr. Sanchez needs to go back to his family. In 8 hrs. you would have all the information for this complaint. Mr. Federal Judge, don't let Justice and the Law be soiled by this error done to Mr. Sanchez.

Mr. Sanchez in his statement to the Judge made known the facts in which the family of Mrs. Ruiz for 19 years wanted the separation of the couple in which Mrs. Ruiz allowed and permitted assault, theft and slander against Mr. Sanchez. The Judge was also informed that Mrs. Ruiz attempted to kill herself in front of her children on 4 occasions and Mrs. Ruiz's mother has knowledge of the incident. This was not important to Judge Assad. He stated that Mrs. Ruiz visited him on 13/5/08 at 4:30 PM, that the visit was in connection with the birthday of his youngest son, Edson Daniel, 6, who accompanied Mrs. Ruiz. That day was the boy's birthday and Mrs. Ruiz's. He congratulated the mother and his son. They agreed that on Friday 16 he would giver the check for the boy's birthday present, there was never any argument nor hitting, inside the house. Mr. Sanchez declared that he and Mrs. Ruiz went into the bathroom and conversed for about 2 minutes in private, afterwards the boy said he needed to go to the bathroom.
Mr. Sanchez exited the house because he did not want his girlfriend to find him in the house with the mother of his children. Upon going out he found Mrs. Ruiz's car in front of the house with her friends inside, 2 women in front and another in the back. While Mr. Ruiz was waiting for Mrs. Ruiz to come out of the bathroom, Mr. Sanchez stayed outside looking at the car and that was when the woman on the right front seat insulted him saying: "what are you looking at stupid." At that moment the woman rolled up her window laughing and turning up the radio. Mr.

Sanchez, bothered by the insult and mocking of the woman turned to talk to Mrs. Ruiz who was by then coming out. When Mrs. Ruiz saw Mr. Sanchez upset she approached her car around the rear and Mr. Sanchez approached by the front. When Mrs. Silvia saw Mr. Sanchez upset also rolled up her window.

_____ As soon as Mrs. Ruiz got in the car and put on her seat belt, Mr Sanchez got to the car and put his right hand on the sliding door on the right side of the Dodge Caravan 5-door. Mr. Sanchez stated that he put his left leg inside the car and leaned his left hand on it, upset, he asked the women tot to insult him when Mr. Sanchez had never offended them. That was when Mrs. Ruiz entered the argument without knowing that her friend had insulted him, then the 3rd woman got into the argument insulting Mr. Sanchez saying: "who do you think you are, asshole." Mr. Sanchez raised the tone of his voice, upset, demanding, and the friend answered : "Now you'll see, you animal, I'm going to call the police." Upset, Mr. Sanchez asked Mrs. Ruiz not to joke about the police, that's why you brought your friends to insult me to my face and you don't say anything, the boy Edson, Mr. Sanchez's son, started to cry from seeing his father upset. Mr. Sanchez told his son, who was hugging his mother's legs: "don't cry honey, I'm not hitting [sic]."

The women laughed when they saw Mr. Sanchez removed his hand from the door and decided to leave. Mrs. Ruiz said we'll talk tonight, I'll come by, when you get over being mad. Mr. Sanchez went to get some rest and fell asleep until the police came and arrested him without proof for Domestic Violence.

7/17/08

At the end Judge George Assad dictated the sentence under his hand, leaving aside the proof of my innocence. He said, I find you guilty of facts of your conduct which show:

_____ That you are mentally ill and refuse to acknowledge it.

_____ That you are a Drug Addict and refuse to acknowledge it

_____ That you use medicines without prescription and refuse to acknowledge it.

_____ That you are a person who uses threats to blackmail people.

The sentence of 90 days in jail - 30 day suspended - 28 days credit, 48 hours Community Service,

Domestic Violence classes. My arrest was 5/13/08, I went to court three times up to my sentencing date of 6/9/08, my release under the sentence was to be 7/11/08, on 6/12/08 I reviewed my release date and the paper said 9/5/08. Why did he sentence me to 56 more days without my presence in court. Is his power greater than that of Law and Justice.

Mr. Federal Judge, I accuse Judge George Assad. He can find a man guilty in the face of proof of his innocence. Can Judge Assad find a man guilty without medical proof that Mr. Sanchez:
Is a drug addict, with a mental illness. That he takes medicines without prescription. That you think telling the truth is enough to say I use threats to blackmail.

Mr. Federal Judge I believe in Law and Justice. See for yourself the huge mistake committed against me. There was never any proof of the charges against me, nor evidence to convict me. I am 36 years old and I am proud of being the person I am and of the things I've achieved in my life. I've never drank, I don't smoke, never used drugs and I can prove it with facts. Regrettably, the damage is done.

This is my claim for my Constitutional Rights offered by the United States of America to all Citizens, Aliens and Illegals who are victims of a Violation of Human Rights.
Claim for Damages caused:

| | | |
|---|---|---|
| _____ | Violation of my liberty, being innocent, for each month I spent in jail | $250,000.00 |
| _____ | For Sentence in Violation of Human Rights | $100,000.00 |
| _____ | For Libel, saying I am mentally ill | $100,000.00 |
| _____ | For Libel, saying I am a drug addict | $100,000.00 |
| _____ | For Libel, saying I take medicine without prescription | $100,000.00 |
| _____ | For Libel, saying I use threats to blackmail people | $100,000.00 |

Balance for damages:
For Libel:        $ 500,000.00

        For 60 days in jail
        5/13 to 7/11/08     $ 500,000.00
                                       $1,000,000.00

As you can see, Judge, I am not the guilty one in requesting the rights the law offers me. This is the cost of the damage already done, I have the right. I've been appealing my sentence for 66 days without getting any response. I'm awaiting a response by 7/31/08. I only hope it's good news. I am available for a dialogue to find a solution to this problem without getting to a civil scandal. I work in Radio and Television, I am a member of the entertainment media. I don't want this to get out at a national level. Take note that a lot of people have been sentenced by Judge Assad. All those people could sue and the Court could look very bad with so many complaints for Violation of Human Rights.

7/17/08

My friends in the Media already know about my arrest and I have not let them up to now intervene by letting the news out so you can review my sentence and notice how much evidence and information I have in power to give.

Evidence:     Identity Theft, Federal Document Forgery, IRS Theft and Fraud, Sale of drugs, False Immigration Petition and statement (Permit).

Judge:     I ask you to realize that as I make these complaints the mother of my children was used by her own family and that I have 4 children with Mrs. Alejandra Ruiz. I am not defending her evil actions, but I want you to notice with a specialist, a psychologist, that as much as me, my family mother and children were victims of the threats by her father against me. And I can give you more information regarding that.

Please accept my warmest regards, in the hope that you may understand my situation and grant me the liberty I was stolen from me 5/13/08. I am writing you because I believe in Justice and the

Law. I repeat: I am at your disposal to discuss a solution to the problem of damages. I await your response to this 7/31/08 or 8/4/08.

I hope you understand my heart problem, the stress is very high and I waited a long time awaiting an answer. I also have responsibilities as a father and I have 3 new children with my new girlfriend, please understand my distress.

Sincerely,

Thank you for your attention,
(Signature)

Juan Carlos Garcia Sanchez
Professional Promoter
Mexican Rodeo, Music Concert, Dances.

Personal Information

Name: Juan Carlos Garcia Sanchez
Birth: September 21, 1971
Address: 4660 E. East Van Buren, Las Vegas NV 89110

| 1993 | License | _Sport Promoter AZ, 2Yrs. |
| | | _Soccer Team Coach, Mohave High School AZ 7 Yrs., Voluntary Services, School District #9 |
| | | _Soccer Team Coach, Men's Sub 23 Selection Nevada Soccer Federation, Volunteer Service, 1yr. |
| | | _President PTA, Kindergarten School, AZ 1Yr. Voluntary Service. |
| | License | Professional promoter, Mexican musical Events, 4Yrs., USA |
| | | _Sports commentator, Voluntary Service, on Spanish language radio and television, USA, 6mos. |

> 15 Yrs. construction work, electrical commercial and residential; work. USA, AZ. NV.

15 years working and fulfilling my obligations in all types of work and helping the school community with sports.

### Future projects

Reserved Rights:   Christmas Telethon: a free musical event.   Collecting funds to give children of low income families a gift and a smile each Christmas.

Special note

Mr. Sanchez asks you please to contact Sgt. Raymundo Reyes at the Police Department to show him the proofs mentioned in this complaint.

Thank You.

Las Vegas City Detention Center.
Juan Carlos Garcia Sanchez
3300 Stewart Av.
Las Vegas NV. 89101
ID#1706982 4-353.
Dios hizo la vida y la ley.
en libertad y en Justicia.

USA 42

Court Federal Appeal 9th Circuit.
Department. Juage. federal
333 Las Vegas Blvd S. 89101.
(Appeal Conrads Emerg)
— Documentación Confidential Private.
in Speak Spanish.
* Violation human Right Sentence.

89101/7055